## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL MOUNTAIN COMMUNICATIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,<br><br>    Defendant. | CIVIL ACTION NO. 4:24-cv-309-ALM<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Crystal Mountain Communications, LLC ("Crystal Mountain") and Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") hereby submit this Joint Motion to Stay All Deadlines and Notice of Settlement and respectfully show the Court as follows:

1. Crystal Mountain and OnePlus have reached a resolution in principle resolving all matters in controversy between Crystal Mountain and OnePlus in the above-referenced action and are in the process of finalizing the resolution.

2. Accordingly, the parties submit that the Court's resources would best be served by a stay of all unreached deadlines for a period of thirty (30) days so that the announced resolution in principle may be completed and appropriate dismissal papers may be filed.

3. The parties request this stay, not for purpose of delay, but that they might finalize and file dismissal papers without incurring additional expense.

WHEREFORE, the parties request that the Court grant this Joint Motion to Stay All Deadlines and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

Dated: October 9, 2024											Respectfully submitted,

/s/ Zachariah S. Harrington											/s/ Keana T. Taylor
Matthew J. Antonelli												Keana T. Taylor
Texas Bar No. 24068432											Texas State Bar No: 24042013
matt@ahtlawfirm.com												Taylor Dykema PLLC
Zachariah S. Harrington											914 E. 25th St.
Texas Bar No. 24057886											Houston, TX 77009
zac@ahtlawfirm.com												Telephone: 713-299-6404
Larry D. Thompson, Jr.											Email: keana@taylordykema.com
Texas Bar No. 24051428
larry@ahtlawfirm.com											Lyle Vander Schaaf (pro hac vice to be filed)
Rehan M. Safiullah												Crowell & Moring LLP
Texas Bar No. 24066017											1001 Pennsylvania Ave., NW
rehan@ahtlawfirm.com											Washington DC 20004
Hannah D. Price												Tel: (202) 296-6941
Texas Bar No. 24116921											Email: lvanderschaaf@crowell.com
hannah@ahtlawfirm.com

															Fei Hu (pro hac vice to be filed)
ANTONELLI, HARRINGTON &										Brinks Gilson & Lione Shenzhen
THOMPSON LLP													Representative Office
4306 Yoakum Blvd., Ste. 450										Suite 3417, SCC Center Section B,
Houston, TX 77006												No. 9 Wenxinsan Road
 Tel: (713) 581-3000											Shenzhen, Guangdong, China 518054
Fax: (903) 705-7369												Tel: (202) 296-6913
															Email: fhu@brinksgilson.com

*Attorneys for Plaintiff Crystal
Mountain Communications, LLC*									*Attorneys for Defendant OnePlus Technology
															(Shenzhen) Co., Ltd.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Crystal Mountain and counsel for OnePlus have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
